# United States Court of Appeals for the Federal Circuit

————————————

July 2, 2018

**ERRATUM**

————————————

Appeal No. 2017-2020

**IMPAX LABORATORIES INC., ASTRAZENECA AB, ASTRAZENECA UK LIMITED,**
*Plaintiffs-Appellees*

**v.**

**LANNETT HOLDINGS INC., LANNETT COMPANY INC.,**
*Defendants-Appellants*

————————————

Decided: June 28, 2018
Precedential Opinion

————————————

Please make the following change:

On page 2, line 7, U.S. Patent 6,760,237 is changed to U.S. Patent 6,750,237.